UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**REBECCA HAMPTON**                                                                                    **PLAINTIFF(S)**

**VS.**                                                        **CIVIL ACTION NO. 3:08CV-00193-JGH**

**R.J. CORMAN RAILROAD SWITCHING CO., et al.**          **DEFENDANT(S)**

**AGREED**
**LITIGATION PLAN AND DISCOVERY SCHEDULE OUTLINE**

The parties have conferred and agree as follows:

**BRIEFLY DESCRIBE CLAIMS:**  The Plaintiff's vehicle struck the side of a freight car which was part of a train stopped across DOT Crossing No. 345475W located on or near the 1800 block of River Road, Louisville Kentucky.  The collision occurred at approximately 2:30 a.m. on October 16, 2005.  Thus, the Plaintiff filed a complaint asserting various state law claims including but not limited to negligence, inadequate warning, poor lighting and signal failure.  The Plaintiff also charged the Defendants with violation of various federal regulations and statutes resulting in federal jurisdiction.

**THE PARTIES BELIEVE THAT A SCHEDULING CONFERENCE WOULD BE HELPFUL NOW IN THIS CASE:**          Yes _____     No __X____
    **IF YES, for what reason for the conference:** _____
_____

**PRE-DISCOVERY DISCLOSURES** (Fed.R.Civ.P.26(a)(1) by: June 13, 2008
    This disclosure includes any document or item which may be an exhibit at trial, except those which are created for use at trial.

**PRELIMINARY DISCOVERY** : At this time, the parties do not believe preliminary discovery is necessary but will supplement a date if such becomes necessary.

**SPECIAL INSTRUCTIONS RE:  INTERROGATORIES, REQUESTS FOR ADMISSION AND DEPOSITIONS:**  by: February 1, 2009.

**IDENTIFY EXPERTS AND COMPLIANCE** with Fed.R.Civ.P.26(a)(2):

from Plaintiff(s) by: <u>March 15, 2009</u>

from Defendant(s) by: <u>May 1, 2009</u>

**JOINDER(S) OF ADDITIONAL PARTIES AND AMENDMENT OF PLEADINGS**
shall be due by:  <u>July 1, 2009</u>

**OTHER MISCELLANEOUS MATTERS:**  (any further additions)

**ALL DISCOVERY**  shall be completed by:  <u>July 1, 2009</u>

**THE PARTIES SHALL SUPPLEMENT ALL DISCLOSURES AND RESPONSES AS REQUIRED BY FED.R.CIV.P.26(E) WITHIN A REASONABLE TIME BUT NO LATER THAN:**  <u>August 1, 2009</u>

**DISPOSITIVE MOTIONS** shall be filed by: <u>August 1, 2009</u>

**THE PARTIES WOULD LIKE A**
**SETTLEMENT CONFERENCE:** Month/Year: Yes, at the Court's discretion.

**PRE-TRIAL CONFERENCE:** Month/Year: Yes, at the Court's discretion.

The parties categorized this case as:

    Complex _____X_____ (Ready for trial within 2 years)

    Simple _____ (Ready for trial in less than one year)

    Other _____ (Explain) _____

    _____

**THIS CASE SHOULD BE READY FOR TRIAL** by: <u>October of 2009</u>.

**THE PARTIES WOULD LIKE FOR THE COURT TO SET A TRIAL DATE NOW:**

      Yes _____      No _____X_____

**ANTICIPATED LENGTH OF TRIAL** _____5-7_____ (days)

**JURY TRIAL REQUEST:** Yes _____X_____ No _____

AGREED TO BY:

      <u>/s/ John A. DeCamillis</u>
      John A. DeCamillis
      Robert D. Mattingly
      Amanda L. Hartley
      DeCamillis & Mattingly, PLLC
      150 South Third Street
      Louisville, Kentucky 40202
      (502) 589-2822
      Counsel for Plaintiff

      <u>/s/ Ryan C. Vantrease</u>
      Ryan C. Vantrease
      150 South Third Street
      Louisville, Kentucky 40202
      (502) 568-9000
      Counsel for Plaintiff

      <u>/s/ Byron E. Leet</u>
      Byron E. Leet
      Jennifer Starr
      Wyatt, Tarrant, & Combs, LLP
      500 West Jefferson Street, Suite 2800
      Louisville, KY 40202-2898
      (502) 589-5235
      Counsel for Defendant, Nugent Sand Company

/s/ David Monohan_____
David Monohan
James Blaine Lewis
Woodward, Hobson, & Fulton
2500 National City Tower
Louisville, KY 40202
(502) 581-8000
Counsel for Defendant, CSX Transportation, Inc.


/s/ David R. Irvin_____
David R. Irvin
James Mooney
Maynahan, Irvin, & Smith, PSC
110 North Main Street
Nicholasville, KY 40356
(859) 887-1200
Counsel for Defendants, Corman Defendants



Date: _____